UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| SCHAEFER, STEVEN A | ) | BANKRUPTCY CASE 09-15369 |
| SCHAEFER, GRETCHEN D | ) | Chapter 7 |
| | ) | |
| DEBTORS. | ) | |

## NOTICE PURSUANT TO F.R.B.P. 3010

Comes now the Trustee, Dustin M. Roach, and advises that dividends to the below-listed creditors were less than $5.00 each:

| | | |
|---|---|---|
| Claim #1 | Fort Wayne Radiology<br>3707 New Vision Drive<br>Fort Wayne, IN  46845 | $3.32 |
| Claim #2 | Prompt Care Express<br>892 E. Chicago Street, Suite C<br>Coldwater, MI  49036 | $4.74 |

Total Check Amount =  $8.06

Respectfully submitted,

/s/ Dustin M. Roach
Dustin M. Roach, Chapter 7 Trustee
436 East Wayne Street
Fort Wayne, Indiana   46802
Telephone: 260-424-8132

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 24th day of March 2011, a true and correct copy of the above and foregoing NOTICE PURSUANT TO F.R.B.P. 3010 was transmitted electronically through the Bankruptcy Court's ECF System to the United States Trustee, 555 One Michiana Square Building, 100 East Wayne Street, South Bend, Indiana 46601, and was sent via first class United States mail, postage prepaid, to the Creditor(s) listed above at the address(es) indicated.

/s/ Dustin M. Roach
Dustin M. Roach, Trustee